# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>CHRISTOPHER BRENNER COOK,<br>JONATHAN ALLEN FROST,<br>JACKSON MATTHEW SAWALL,<br><br>Defendants. | CASE NO. 2:22.CR.19<br>JUDGE Graham<br><br>**UNDER SEAL** |

## MOTION TO SEAL INFORMATION AND PLEA AGREEMENTS

The United States, by and through its counsel, Assistant United States Attorney Jessica W. Knight, for the Southern District of Ohio, respectfully requests, based on the nature of the case, to wit: domestic terrorism charges, that the Information and Plea Agreements in the above-entitled cause be temporarily sealed until an initial appearance, whether bond hearing or arraignment, at which time the United States will orally move to unseal the documents.

WHEREFORE, the government respectfully requests that the Information and Plea Agreements in this cause be sealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jessica W. Knight
JESSICA W. KNIGHT (86615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Email: Jessica.knight@usdoj.gov