# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**THE UNITED STATES OF AMERICA**

    v.                                                            2:
                                                                       JUDGE

## WAIVER OF RIGHTS RELATING TO ENTRY OF NOT GUITLY/GUILTY PLEA HEARING CONDUCTED BY VIDEO/TELEPHONIC CONFERENCE

      The defendant understands that, under Rules 10 and 11 of the Federal Rules of Criminal Procedure, he/she has the right to be personally present at the hearing at which the defendant enters a not guilty or guilty plea. Defendant also understands that, ordinarily, defendant has the right to have his/her attorney physically present with the defendant during that hearing and that, if he/she requires the assistance of an interpreter, the interpreter would also be physically present with the defendant during that hearing. However, in light of the coronavirus pandemic, and after having consulted with counsel, defendant voluntarily **WAIVES** those rights and **CONSENTS** to proceed with the not guilty/guilty plea hearing by video/telephonic conference.

      I have read, or had read to me, the foregoing waiver and consent and fully understand it.

                                                                                               _____
                                                                                                Defendant

                                                                                        _____

Date: _____              Attorney for Defendant