UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                   Case No. 2:22-CR-19-01

**Christopher B. Cook**

---

**COURTROOM MINUTES**
**ARRAIGNMENT ON INFORMATION**
Initial Appearance and Bond Hearing

| Judge: | Norah McCann King | Date and Time: | 2/23/22 at 10 AM |
|---|---|---|---|
| Deputy Clerk: | Spencer D. Harris | Counsel for Govt: | J Knight |
| Court Smart | L Dufour | Counsel for Deft(s). | P Scranton |
| Interpreter: | N/A | Pretrial/Probation: | |

Dft consents to appear via video
Government moves to unseal this case; motion GRANTED
Dft advised of his rights charges and penalties
Dft appeared with counsel and consents
to plead before a US Magistrate Judge;
Dft waives Indictment; Dft pleads GUILTY
to the pending charges; RR to be issued
PSI to be ordered; Dft placed on Bond pending sentencing;

Court adjourn.