**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **Case No. 2:22-CR-19** |
| Plaintiff, | |
| | **Judge Graham** |
| **v.** | |
| **CHRISTOPHER BRENNER COOK,** **JONATHAN ALLEN FROST,** **JACKSON MATTHEW SAWALL** | |
| Defendants. | |

## ORDER

The court has scheduled a hearing for January 4, 2023 at 9:00AM in these three cases for the purpose of providing the government and defense counsel the opportunity to present evidence and argument which would assist the court in determining the magnitude of the risk this conspiracy posed to the national power grid.

All of the governments evidence relating to weapons, explosives, planning, preparation and resources would be germane to this enquiry.

With regard to weapons the court would ask the government to produce the actual weapons, parts, magazines and ammunition which it believes the conspirators intended to use in attacking the power grid. With regard to explosives or materials intended to be used to manufacture explosives, photographs, purchase documents, lab reports and the like will be sufficient.

Materials related to planning or preparation should include any and all information acquired or possessed by defendants, in written or electronic form, which relates to the power grid and its components and evidence of conversations, statements or communications received or

made by them relating to plans and preparation for attacks on the power grid. With regard to information contained in electronic form, transcripts will suffice and the electronic instruments themselves need not be produced.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: November 14, 2022