**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>v.<br><br>**Christopher Cook,**<br><br>    Defendant. | **Case No. 2:22-CR-19-1**<br><br>**Judge Graham** |

## ORDER

Following an initial appearance and plea agreement hearing, defendant was released on bond. *See* 18 U.S.C. § 3142. The Court later accepted defendant's plea of guilty to Count 1 of the Information, and he was thereby adjudged guilty of that count. *See* Doc. 51.

Upon further consideration, the Court finds that defendant presents a substantial risk to the safety of himself and to the community and that he presents a substantial risk of flight.

Pursuant to 18 U.S.C. § 3143(a) (governing detention of an individual who has been found guilty of an offense and is awaiting sentencing), the Court hereby REVOKES defendant's bond and ORDERS that a warrant be issued for his arrest.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 5, 2022