# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cook,** <br><br> Defendant. | **Case No. 2:22-CR-19-1** <br><br> **Judge Graham** |

## ORDER

Following an initial appearance and plea agreement hearing, defendant was released on bond. *See* 18 U.S.C. § 3142. One of the conditions of release is that Defendant use computers and other devices with internet access for limited pre-approved purposes. Docs. 31 at 4, 54.

The Court orders that all computers and other devices with internet access used by Defendant be seized for inspection to determine compliance with the conditions of release.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 5, 2022