# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**Christopher Cook,**

    Defendant.

**Case No. 2:22-CR-19-1**

**Judge Graham**

## ORDER

    The United States Marshals are to enter Defendant's residence to seize the computers and other devices with internet access used by Defendant, as specified in Doc. 101.

    IT IS SO ORDERED.

                                                            s/ James L. Graham
                                                            JAMES L. GRAHAM
                                                            United States District Judge

DATE: December 5, 2022