# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cook,** <br><br> Defendant. | **Case No. 2:22-CR-19-1** <br><br> **Judge Graham** |

## ORDER

The United States Marshals are to transfer all of the property seized from Defendant's residence on December 5, 2022, including a solid-state drive, two flash drives, a flip phone, and a laptop computer, to the custody of the United States Probation and Pretrial Service offices for the Southern District of Ohio.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 6, 2022