# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHRISTOPHER BRENNER COOK,** <br> **JONATHAN ALLEN FROST,** <br> **JACKSON MATTHEW SAWALL** <br><br> Defendants. | **Case No. 2:22-CR-19** <br><br> **Judge Graham** |

## ORDER

The Court held a telephone conference on December 21, 2022 to discuss the status of the case. Pursuant to those discussions, the Court ordered that Documents 99, 101, 102, 103, 106, and 110 be unsealed.

Defendant Frost shall submit proposed redactions to Documents 89 and 90 and Defendant Sawall shall submit proposed redactions to Document 96.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 22, 2022