AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

RECEIVED
By mduffey at 10:37 am, Dec 05, 2022

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-cr-019-1 |
| | ) | |
| Christopher Brenner Cook #87787-509 | ) | |
| *Defendant* | ) | |

ORIGINAL

FILED
2023 FEB -9 AM 8:30
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Brenner Cook #87787-509 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Date: 12/05/2022

_____
Issuing officer's signature

City and state: Columbus, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/05/22 , and the person was arrested on *(date)* 12/05/22
at *(city and state)* DUBLIN, OH.

Date: 01/31/23

_____
DUSM
Arresting officer's signature

DUSM YOUNGLESS JR.
*Printed name and title*